IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Louise Legare Gardner

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of South Carolina; Chad W Burgess, Esq; Benjamin (PSapp; HHMortage Services (NewRez); U=sate Bank National Trust Company.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 9:22-cv-01385-DCN-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
           *(check one)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2022 APR 29  PM 3: 22

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Louise Keyare GARBNER
Street Address          C/o Post office Box 3443
City and County         Bluffton SC 29910
State and Zip Code
Telephone Number        843 6832566

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    State of South Carolina
Job or Title            C/o Attorney General Alan Wilson
(if known)
Street Address          1000 Assembly Street RM 519
City and County         Columbia SC 29201
State and Zip Code      29201
Telephone Number        803-

Defendant No. 2

Name                    Benjamin CP SAPP S. Referee
Job or Title            135 S. Jefferies Blvd
(if known)              Box 258
Street Address
City and County         Walterboro  SC
State and Zip Code      29488 - 0003
Telephone Number        803

Defendant No. 3

Name                    Chad W Burgess Attorney
                        C/o Brock and Scott PLLC.

2                       West Park Center
                        3800 Fernandina Rd Suite 110
                        Columbia SC 29210

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Louise Lejau Cardin_

Street Address _Post Office Box 344_

City and County _Bluffton_

State and Zip Code _S carolina [29910]_

Telephone Number _843 683 2566_

 ### The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

④ Defendant No. 1

Name _Deutsche Bank National Trust comp._

Job or Title _Trustee Investors as Trustee_
(if known) _of Investments_

Street Address _1761 East San Andrew Place_

City and County _Santa Ana_

State and Zip Code _California 92705-4934_

Telephone Number _____

⑤ Defendant No. 2

Name _PHH Mortgage Services (New Rez_

Job or Title _Services)_
(if known)

Street Address _1 Mortgage Way_

City and County _Mount Laurel_

State and Zip Code _NJ 08054_

Telephone Number _____

Defendant No. 3

Name _____

2

Job or Title
(if known)                    Attorney for Debt Collector

Street Address               West Park Center 3800 Fernandina Rd
                                                            Suite 100
City and County              Columbia

State and Zip Code           SC 29210

Telephone Number             803 - 454 3540

Defendant No. 4

Name                         PHH Mortgage Services (NewRez)

Job or Title
(if known)                   Servicer

Street Address               1 Mortgage Way

City and County              Mount Laurel NJ 08054

State and Zip Code           NJ 08054

Telephone Number             800 449 8767

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation of Statutes Regarding Foreclosures/
Due Process / Civil Rights / Real Estate Fraud/
Breach of Contract / Obstruction of The
Administration of Justice / Violations of The
                                            Constitution

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

**3.**    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Deutsche Bank National Trust Comp., is incorporated
under the laws of the State of *(name)* California, as Trustee
and has its principal place of business in the State of *(name)*
California May Be Registered in SC with The Secretary of state.

*(If more than one plaintiff is named in the complaint, attach an additional*
*page providing the same information for each additional plaintiff.)*

**4.**    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* PHH Mortgage Services is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
New Jersey, and has its principal place of
business in *(name)* New Jersey.

*(If more than one defendant is named in the complaint, attach an*
*additional page providing the same information for each additional*
*defendant.)*

4

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual    *Loose logan Gandrum*

The plaintiff, *(name)* *IS A NATIONAL* The *State of SC*, is a ~~citizen~~ of
the State of *(name)* *SouTH Carolina (unincorporated )*
*Republic State*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *Benjamin SAPP*, is a citizen of
the State of *(name)* *SouTH CAROlina*. *Or* is a citizen of
*(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* *Benjamin SAPP Law offices*, is
incorporated under the laws of the State of *(name)*
*SouTH Carolina*, and has its principal place of    *Benjamin SaPP*
business in the State of *(name)* *Law offices of Benjamin* *Or* is
incorporated under the laws of *(foreign nation)*    *AND Special Referee*
*SOUTH CAROLINA*, and has its principal place of
business in *(name)* *WALTERBORO SC*.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

③ Defendant - chad wBurgess Attorney for
3800 St Fernadian Brock & Scott PLLC
Suite 110            way
COLUMBia SC 29210

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

3.5 Million Combined From all Defendants as The court See Fit — For Multiple Human Rights Violations and abuse of Power.

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Violation of My Rights / Fraud upon The court an on The court / Deprived From Defending Myself Banned From Jasper County Filing / abuse From Referee and clerk in Jasper county / Forgery / Lack of Due Process / Real Estate Fraud / Breach of contract / obstruction of The administration of Justice. (Statutes Fraud) Violations

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Ask The court to carefully Examine Plaintiff Pleading / action and Restore our Republic and Stop The abuse against The people. The facts and The proof is all around us. Please Read carefully its all proven Facts.

5

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _28 May_, 20_22_.

Signature of Plaintiff _____

Printed Name of Plaintiff _____ Louise Leland Gardner _____

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

E-mail Address _____

6