① **EMERGENCY**  2 Pages See Back

I ask and Plead with The judicial system of This court To Help Fix The abuse / AND Return To Justice

I Have been absolutely abuse By The Judicial System. There is violations of all of our Rights and of The Constitution and of That Statute This country was Build upon

I Have been in litigation for years I Am still being abused WITH NO Results or Justice.

I was Banned Recently and unable to defend Myself By order of Referee Benjamin Sadjo Clerk of court Laughts with young assitants when she believe its OK To NOT let me Record My defense document at the court Judge order cause He does NOT Want To face The Truth or answer Whatever is asked

I was Notified of A Hearing Easter Holiday was away document was Recived April 8TH with a Hearing of April 12 I was able To Fax & Email →

[Stamp: RECEIVED 2022 APR 29 PM 3:2? US DC CLERK, COLUMBIA SC]

after I was Notified of The content.
Never Heard Back
Referee & attorney Had The Hearing and
Plan on auctioning My Home May 4TH
I was Refused to File Document
in The court By The attorney Who
pressured The clerk To Believe

ITS OK.
This is abuse of Power and
and Deprevation of Rights.

Please DO Something about
IT

I Pray You Truly Take
This case seriouly IT is
Based on TRUTH AND facts
AND I can prove iT all.

Thank you
In God we Trust
Louise G.    4/25/2022